**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **THE CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT,** | : : : | **Case No. 2:20-cv-05529** |
| **Plaintiff,** | : : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| **v.** | : : | **Magistrate Judge Jolson** |
| **MICHAEL J. ANDERSON, et al.,** | : : | |
| **Defendants,** | : : | |
| **FIRSTENERGY CORP.,** | : : | |
| **Nominal Defendant.** | : | |

_____

| | | |
|---|---|---|
| **EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS,** | : : | **Case No. 2:20-cv-04813** |
| **Plaintiff,** | : : | |
| **v.** | : : | |
| **CHARLES E. JONES, et al.,** | : : | |
| **Defendants,** | : : | |
| **FIRSTENERGY CORP.,** | : : | |
| **Nominal Defendant.** | : | |

**ORDER**

This matter is before the Court on Plaintiff The City of Philadelphia Board of Pensions and Retirement's Motion for Voluntary Dismissal. (2:20-cv-05529, ECF No. 27). Having reviewed the motion and finding it meritorious, the Court **GRANTS** the Motion for Voluntary Dismissal,

1

pursuant to Fed. R. Civ. P. 41. The claims asserted by Plaintiff in *The City of Philadelphia Board of Pensions and Retirement v. Anderson*, No. 2:20-cv-05529 (S.D. Ohio) are hereby **DISMISSED WITHOUT PREJUDICE**. Additionally, the City of Philadelphia Board of Pensions and Retirement is terminated as a Plaintiff in *Employees Retirement System of the City of St. Louis v. Jones*, No. 2:20-cv-04813 (S.D. Ohio).

      **IT IS SO ORDERED.**

                                        **ALGENON L. MARBLEY**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 29, 2021**